35 A.3d 1214

Jose MATOS, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 125 EM 2011.

Supreme Court of Pennsylvania.

Jan. 25, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of January, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Post Conviction Relief Act court is directed to provide Petitioner with court-appointed counsel, if warranted, within 60 days of this order. Additionally, the lower court is directed to dispose of the pending petition expeditiously.